THE CONSOLIDATED TRACTION COMPANY, PLAINTIFF IN
ERROR, v. ELISHA S. TABORN AND SARAH F. TABORN,
DEFENDANTS IN ERROR.

On error to the Supreme Court. For opinion of the
Supreme Court, see *ante p.* 1.

For the plaintiff in error, *Edward Q. Keasbey* and *Joseph
Coult.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment below is affirmed, for the reasons given by
the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, LIPPIN-
COTT, LUDLOW, MAGIE, VAN SYCKEL, BOGERT, BROWN,
SMITH, TALMAN. 10.

*For reversal*—None.